UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MICHAEL WOODS, : | |
|     Petitioner, : | |
| : | |
| v. : | No. 2:23-cv-1071 |
| : | |
| SCOTT KLINEFELTER, *SUPERINTENDENT*; : | |
| DISTRICT ATTORNEY OF THE COUNTY : | |
| OF BUCKS; and ATTORNEY GENERAL OF : | |
| THE STATE OF PENNSYLVANIA; : | |
|     Respondents. : | |

**O R D E R**

**AND NOW**, this 20th day of June, 2023, after de novo review, for the reasons set forth in the Opinion issued this date, and for the reasons set forth in the Report and Recommendation, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's objections, ECF No. 15, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 13, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** as untimely;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge